■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL ARROYO, Appellant. [844 NYS2d 162]— Judgment, Supreme Court, New York County (Richard Carruthers, J.), rendered on or about May 27, 2005, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Andrias, Williams, Buckley and Malone, JJ.